**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In re Grand Jury Investigation
of Possible Violation of
18 U.S.C. § 1461 et seq.

§
§
§
§
§
§
§

Misc. No. 09-118 (RCL)

**FILED**

**OCT 2 6 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court's July 14, 2009 memorandum and order in this matter, which was previously sealed, is being released in redacted form for the benefit of the parties and the public. The identifying information in the opinion has been redacted. The remainder of the opinion is not protected by Rule 6(e). Accordingly, it is hereby ordered that the redacted opinion attached hereto be placed on the public record.

**SO ORDERED** this 26th day of October 2009.

ROYCE C. LAMBERTH
Chief Judge
United States District Court